**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ANDY EUGENE HENDERSON,** | )<br>) |
| Plaintiff, | )<br>) Case No. EDCV 16-1995 AJW |
| v. | ) **J U D G M E N T**<br>) |
| **NANCY A. BERRYHILL,** Acting<br>Commissioner of the Social<br>Security Administration, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to defendant for further administrative proceedings consistent with the memorandum of decision.

August 8, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge